IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY KOEHLER and | ) | |
| NINA KOEHLER, | ) | |
| | ) | No. 1:22-cv-01190 |
| Plaintiffs | ) | Honorable Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| SMITH & WESSON SALES COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled:

It is hereby stipulated and agreed by and between said parties, by their respective attorneys, that the said cause may be dismissed, without costs to either party, all costs having been paid.

It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to either party upon the presentation of this stipulation.

It is further stipulated and agreed that said dismissal shall be a bar to the bringing of any action based on or including the claims in this action.

Wherefore, the parties hereto pray that the court will enter an order dismissing this cause with prejudice.

The court to retain jurisdiction to enforce the terms and conditions of the settlement agreement and to adjudicate liens, if necessary.

**Date:** May 11, 2023


Respectfully submitted,

**McNabola Law Group, P.C.**
/s/ Donald R. McGarrah

Mark E. McNabola
Donald R. McGarrah
55 W. Wacker Drive, 9th Floor Chicago, IL 60601
312-629-2900
mark@mcnabolalaw.com; don@mcnabolalaw.com
*Counsel for Plaintiffs*

**Swanson, Martin & Bell, LLP**
/s/ Andrew A. Lothson

Andrew A. Lothson
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 923-8266
alothson@smbtrials.com

AND

PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP
Clem C. Trischler
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000
cct@pietragallo.com
Counsel for Defendant, Smith & Wesson Sales Company
(with consent)